

FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0250

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ERNEST FREDRICK NESS,

Defendant and Appellant.

**FILED**

MAR 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Ernest Fredrick Ness appeals the March 1, 2019 Dispositional Order issued by the Eighteenth Judicial District Court. Through counsel, the parties have stipulated and moved for an order remanding the case to the District Court with instructions to award "street time" credit.

Ness originally received a suspended sentence on January 26, 2009, for sexual assault of a minor. A condition of his sentence was to complete sex offender treatment. Ness began serving his suspended sentence on September 24, 2015. He enrolled in sex offender treatment but was suspended on November 28, 2017, and was terminated from the program on May 14, 2018. Ness appeared before the District Court on March 1, 2019, for violating the terms and conditions of his suspended sentence. As a result of the violation, the District Court committed Ness to the Department of Corrections (DOC) for a period of eight years with three years suspended. Ness requested credit for time served on probation, but the District Court denied him any such credit because he had failed to follow the rules of supervision.

The Attorney General's Office concedes that, pursuant to § 46-18-203(7)(b) (2017), Ness is owed 797 days of credit for elapsed time served on probation ("street time credit"). This amount represents the period from September 24, 2015 (the date Mr. Ness began serving his suspended sentence) to November 28, 2017 (the date of his suspension from sex

offender treatment). The parties have further stipulated to a dismissal of the remainder of this appeal with prejudice.

Having reviewed the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED the parties' stipulated motion is GRANTED. This matter is REMANDED to the District Court with instructions to amend its Dispositional Order to award Ness 797 days of credit for elapsed time served on probation toward his five-year sentence under Cause No. DC-03-56B.

IT IS FURTHER ORDERED that the appeal is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to the Gallatin County District Court under Cause No. DC-03-56B, Hon. Rienne McElyea presiding; to counsel of record; and to counsel for the Department of Corrections.

DATED this 17 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2